IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAWRENCE N. LAWS, JR., | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 16-1614 |
| | : | |
| MAYOR JAMES KENNEY, et al., | : | |
| Defendants. | : | |

## **ORDER**

**AND NOW**, this 1st day of February, 2017, upon consideration of Plaintiff's *pro se* Complaint, (Dkt No. 5), Defendants' Motion to Dismiss, (Dkt No. 7), and Plaintiff's failure to file a timely response in opposition thereto, it is hereby **ORDERED** that said Motion is **GRANTED** for the reasons set forth in the accompanying memorandum.

**FURTHER**, it is hereby **ORDERED** that Plaintiff has until March 10, 2017, to file an amended complaint. Failure to comply with this Order shall result in dismissal of the case without further notice to Plaintiff.

BY THE COURT:

*/s/ C. Darnell Jones, II*
C. Darnell Jones, II   J.

1